DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DEANDRE T. TUNSTALL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2189
_____

January 2, 2026

Appeal from the Circuit Court for Sarasota County; Thomas W. Krug,
Judge.

Bryan D. Savy of Bross & Savy, W. Melbourne, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Allison C. Heim,
Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

    Affirmed.

LUCAS, C.J., and BLACK and SLEET, JJ., Concur.

_____

Opinion subject to revision prior to official publication.